THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Rony Joseph, Appellant.
 
 
 

Appeal From Aiken County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-117
Submitted February 1, 2006  Filed February 24, 2006

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan of Aiken, for Respondent.  
 
 
 

PER CURIAM:  Rony Joseph appeals his guilty plea and sentence of six years suspended upon the service of two years probation for possession of cocaine with intent to distribute. Joseph argues his plea was conditional and thus invalid.   After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Josephs appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.